**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00060-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAVID LAWRENCE STURM,

      Defendant.

---

**ORDER GRANTING MOTION TO SEAL
AND MOTION TO SEAL
DOCUMENT #47 AND ATTACHMENTS
(Filed Under Seal)**

---

**Blackburn, J.**

      The matter before me is the government's **Motion to Seal** [#47] and **Motion to Seal Document #47 and Attachments** [#48], both filed March 16, 2006.   The requirements of D.C.COLO.LCrR 47.1 and 47.2 have been satisfied.  A showing of compelling reasons has been made.  No objections have been filed.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Motion to Seal** [#47] and **Motion to Seal Document #47 and Attachments** [#48], both filed March 16, 2006, **IS GRANTED**;

2.  That document #47 and any order resulting from document #47 **SHALL BE**

**FILED UNDER SEAL** .

Dated March 24, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**